**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BANKS, | Case No. 1:15-cv-00605-DLB (PC) |
| Plaintiff, | New Case No. 1:15-cv-00605-MJS (PC) |
| v. | ORDER RELATING CASES AND REASSIGNING ACTION TO MAGISTRATE JUDGE MICHAEL J. SENG |
| PAM AHLIN, | |
| Defendant. | |

On March 5, 2015, Plaintiff filed this Civil Rights Complaint pursuant to 42 U.S.C. section 1983 challenging Defendant's mental health assessment under California's Sexually Violent Predator Act. (ECF No. 1.)

A number of similar actions have been filed in or transferred to this Court. The Court's review of these cases reveals that the instant action is related under Local Rule 123 to the action entitled Klein v. King, 1:14-cv-01440-MJS. Both actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with case 1:14-cv-01440-MJS;

2. This case shall be assigned to the docket of Magistrate Judge Michael J. Seng;

1

3. The new case number shall be:

   1:15-cv-00605-MJS

and all future pleadings and/or correspondence must be so numbered. Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated:  **April 20, 2015**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

2